UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR09-5596RJB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE INDICTMENT UNDER SPEEDY TRIAL ACT |
| | ) | |
| LEONARD BAZAIL-MATAMOROS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

-

The Court, having considered the parties' Joint Motion To Extend Time To File Indictment Under Speedy Trial Act finds that:

1.     Mr. Bazail-Matamoros is charged by Felony Information with Illegal Reentry After Deportation, alleged to have occurred on or about August 21, 2009, in violation of Title 8, United States Code, Section 1326(a).  Defendant was arrested and made his Initial Appearance on September 4, 2009, at which time the Court ordered that the defendant be detained in custody pending further proceedings.

2.     Under the Speedy Trial Act, an Indictment charging a defendant must be filed within 30 days from the date on which the defendant was arrested or served with a summons in connection with such charges. 18 U.S.C. §3161(b).  Hence, at the present time, the United

ORDER GRANTING JOINT MOTION
TO EXTEND INDICTMENT DEADLINE          – 1

States must obtain an Indictment in this case on or before October 3, 2009, to meet the requirements of the Speedy Trial Act.

3. The defendant is diligently conducting an investigation into the circumstances surrounding his situation at the time of his alleged offense. The defendant does not believe that his investigation will be completed by the expiration of the time to obtain an Indictment. The defendant believes that the results of its investigation will be essential to preparing his defense, and may facilitate a resolution of this matter.

4. Accordingly, the parties are seeking an Order continuing the time within which an Indictment must be filed on the ground that the "ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial," as permitted by 18 U.S.C. §§ 3161(h)(7)(A), (B)(I) and (B)(iv).

5. Given that the defense's investigation remains incomplete, the parties believe that the failure to grant this extension would deny the defense the reasonable time necessary for adequate and effective preparation, taking into account the exercise of due diligence. The parties believe that a denial of a continuance would result in a miscarriage of justice.

6. The defendant has executed a Waiver of Speedy Trial waiving rights under the Sixth Amendment and the Speedy Trial Act, 18 U.S.C. §§ 3161-3174 in this regard, and has further agreed that the period from October 3, 2009, until December 30, 2009, shall be an excludable period of time under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A).

In light of the foregoing, IT IS HEREBY ORDERED that the time to file an indictment be continued to December 30, 2009. The period of delay resulting from this continuance from October 3, 2009, to December 30, 2009, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7).

///

///

ORDER GRANTING JOINT MOTION
TO EXTEND INDICTMENT DEADLINE      – 2

DONE this 30th day of September, 2009.

Robert J Bryan
United States District Court Judge

Presented by:


/s/   Colin Fieman
Colin Fieman
Attorney for Defendant


/s/   John Odell
John Odell
Assistant United States Attorney

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**